Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

DELMA BORBON,                          )  No. CV 07-04046-ABC (VBK)
                                       )
                Petitioner,            )  JUDGMENT
                                       )
        v.                             )
                                       )
DAWN DAVISON,                          )
                                       )
                Respondent.            )
_____)

    Pursuant to the Order Accepting and Adopting the Report and
Recommendation of the United States Magistrate Judge, and dismissing
the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

    **IT IS ADJUDGED** that the Petition is dismissed with prejudice.


DATED:_____March 4, 2008_____


                          _____
                          AUDREY B. COLLINS
                          UNITED STATES DISTRICT JUDGE